```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CAROLYN NELSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| et al. | : | NO. 02-CV-3553 |

<u>ORDER</u>

AND NOW, this _____ day of June, 2002, defendant City of Philadelphia is **ORDERED** to inform the Court on or before June 21, 2002 whether all of the defendants who were served join in the notice of removal.

BY THE COURT:

_____
MARY A. McLAUGHLIN,   J.