```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CAROLYN NELSON,                  :      CIVIL ACTION
                 Plaintiff       :
                                 :
          v.                     :
                                 :
CITY OF PHILADELPHIA and         :
STEFFIA METALS,                  :
                 Defendants      :      NO. 02-3553
```

SCHEDULING ORDER

AND NOW, this ____ day of September, 2002, following a status conference in the above captioned case, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by February 3, 2003.

2. Plaintiffs shall serve reports of liability expert witnesses and/or respond to expert witness discovery relating to liability at least thirty (30) days before completion of discovery. Plaintiff(s) shall serve reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages at least fifteen (15) days before the date for completion of discovery.

3. Defendants shall serve any reports of liability expert witnesses and/or respond to expert witness discovery

relating to liability on or before the date for completion of discovery. Defendants shall serve any reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages within fifteen (15) days after the date for completion of discovery.

    4. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before February 24, 2003.

    5. The Court will hold a final pretrial and settlement conference on Friday, March 28, 2003 at 3:30 p.m.

    6. Trial in the case shall commence on Monday, April 7, 2003 at 9:30 a.m.

    7. All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this order and Local Rule of Civil Procedure 16.1(c) as follows:

        A. Plaintiffs - fifteen (15) days before the final pretrial conference;

        B. Defendants - five (5) days before the final pretrial conference.

    8. Before commencement of trial, counsel will pre-mark and exchange all exhibits, and a schedule of exhibits which shall briefly describe each exhibit. Two (2) copies of the exhibits must be submitted to the Court at least five (5) working days

before the case is listed for trial.

                            BY THE COURT:

                            _____
                            MARY A. McLAUGHLIN, J.