IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN NELSON, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STEFFA METALS, | : | |
| Defendant | : | NO. 02-3553 |

ORDER

AND NOW, this \_\_\_\_ day of March, 2003, upon consideration of the Plaintiff's Amended Complaint, it is hereby Ordered that this case is Remanded back to state court. This case was originally filed as a civil rights case against the City of Philadelphia and the current defendant, Steffa Metals. The Plaintiff dismissed the City of Philadelphia and filed an amended complaint against Steffa Metals for negligence. There is no diversity of citizenship between the parties; this Court does not have subject-matter jurisdiction.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.